United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUN KOO CHONG, et al.,

        Plaintiffs,

    v.

ASIANA AIRLINES INC., et al.,

        Defendants.

Case No.  14-cv-05510-EDL

**SUA SPONTE REFERRAL ORDER**

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Yvonne Gonzalez Rogers for the purpose of considering whether it is related to the following cases: In re: Air Crash at San Francisco, California, on July 6, 2013, 13-MD-2497.

    **IT IS SO ORDERED**.

Dated: February 13, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge